1054

No. 81–552. Tiru-Chelvam *v.* Veterans' Administration Hospital et al. C. A. 5th Cir. Certiorari denied.

No. 81–560. Dornier, A. G., et al. *v.* Sweaney, Personal Representative of the Estate of Roberts, et al. Super. Ct. Alaska, 4th Jud. Dist. Certiorari denied.

No. 81–571. Clark *v.* Payne. C. A. 5th Cir. Certiorari denied.

No. 81–577. Citizens Committee to Save Historic Rhodes Tavern *v.* District of Columbia Department of Housing and Community Development et al. Ct. App. D. C. Certiorari denied.

No. 81–578. Ogle *v.* Oregon. Ct. App. Ore. Certiorari denied.

No. 81–579. Concord Instruments Corp. *v.* Pension Benefit Guaranty Corporation et al. C. A. 6th Cir. Certiorari denied.

No. 81–580. Colgate-Palmolive Co. *v.* United Roasters, Inc. C. A. 4th Cir. Certiorari denied.

No. 81–581. Beatty *v.* Commissioner of Internal Revenue. C. A. 5th Cir. Certiorari denied.

No. 81–582. Circle A & W Products Co. *v.* National Labor Relations Board. C. A. 9th Cir. Certiorari denied.

No. 81–588. Kinkead *v.* Pennsylvania. Sup. Ct. Pa. Certiorari denied.